IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 6:15-CR-00062-JDK-JDL |
| | § | |
| MICHAEL WILLIS, JR. (6). | § | |

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Magistrate Judge's Amended Report & Recommendation, which contains his proposed findings of fact and recommendations for the disposition of this action, has been presented for consideration. The parties have waived their objections to the Amended Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Amended Report and Recommendation of the Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Michael Willis, Jr. be committed to the custody of the Bureau of Prisons for a term of imprisonment of 9 months, with no supervised release to follow. The Court further **RECOMMENDS** that Defendant serve his sentence at Texarkana, Texas, if available.

So **ORDERED** and **SIGNED** this **29th** day of **July, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE